No. 634, October Term, 1952. UNITED STATES v. GRAINGER;

No. 635, October Term, 1952. UNITED STATES v. CLAVERE ET AL.; and

No. 636, October Term, 1952. UNITED STATES v. CLAVERE ET AL., 346 U. S. 235. Rehearing denied. MR. JUSTICE JACKSON took no part in the consideration or decision of this application.

No. 404, Misc., October Term, 1952. WHITE v. UNITED STATES, 345 U. S. 999;

No. 495, Misc., October Term, 1952. THOMAS v. CALIFORNIA, 345 U. S. 1000;

No. 498, Misc., October Term, 1952. PICKING ET AL. v. PENNSYLVANIA RAILROAD CO. ET AL., 345 U. S. 1000;

No. 501, Misc., October Term, 1952. BOZELL v. UNITED STATES ET AL., 345 U. S. 977;

No. 506, Misc., October Term, 1952. CROSS v. SUPREME COURT OF CALIFORNIA, 345 U. S. 990;

No. 511, Misc., October Term, 1952. LEE v. TENNESSEE, 345 U. S. 1003;

No. 516, Misc., October Term, 1952. IN RE JERONIS, 345 U. S. 990;

No. 529, Misc., October Term, 1952. SCHELL v. EIDSON, WARDEN, 345 U. S. 1001; and

No. 548, Misc., October Term, 1952. SEVERA v. MCCORKLE, ACTING WARDEN, 345 U. S. 990. Petitions for rehearing denied.

No. 372, Misc., October Term, 1952. SEVERA v. NEW JERSEY, 345 U. S. 929. Third and fourth petitions for rehearing denied.

No. 388, Misc., October Term, 1952. HOURIHAN v. NATIONAL LABOR RELATIONS BOARD ET AL., 345 U. S. 930. Second petition for rehearing denied.